BEFORE THE SECOND DIVISION, FEBRUARY 16, 1940

**No. 43238.**—Protests 877589–G, etc., of H. Bendel & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43239.**—Protests 729278–G, etc., of F. S. Allenby & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, FEBRUARY 19, 1940

**No. 43240.**—Protests 942393–G, etc., of Carl Zeiss, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Zeiss* (26 C. C. P. A. 182, C. A. D. 15) the Starmorbi telescope was held dutiable at 45 percent ad valorem under paragraph 228, Tariff Act of 1930, as telescopes. Filters for Nordenson camera were held dutiable as parts of cameras at 20 percent under paragraph 1551 on the authority of *United States* v. *Zeiss* (27 C. C. P. A. 12, C. A. D. 54).

**No. 43241.**—Protests 790685–G, etc., of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) balls at 30 percent under paragraph 1502, Abstract 27179 followed; (2) squawker balloons at 45 percent under paragraph 409, Abstract 40493 followed; (3) rubber articles like those the subject of Abstract 41517 at 25 percent under paragraph 1537; and (4) tin kazoos at 45 percent under paragraph 397, Abstract 32264 followed.

**No. 43242.**—Protest 2895–K of Dan Brechner & Co. (New York).

Opinion by TILSON, J. On the record presented it was found that the cigarette whistles in question are similar to those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 19, 1940

**No. 43243.**—Protest 127617–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.